## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

GUIDEONE INSURANCE COMPANY, a
foreign corporation,

      Petitioner,

v.

                              Case No.:

ST. REBEKAH COPTIC ORTHODOX
CHURCH, INC., a Florida Corporation,

      Respondent.

_____/

## PETITION TO APPOINT NEUTRAL UMPIRE

**COMES NOW** Petitioner, GuideOne Insurance Company ("GuideOne"), by and through undersigned counsel, and hereby files this Petition to Appoint Neutral Umpire, and in support thereof states:

## NATURE OF THE PETITION

1.  GuideOne brings this Petition to request the appointment of an appraisal umpire in connection with on-going appraisal proceedings under a commercial insurance policy, relating to the valuation of property damage purportedly caused by windstorm.  The parties' designated appraisers have been unable to agree upon an umpire and GuideOne is therefore requesting that this Court select an umpire as contemplated by the policy.

## THE PARTIES

2.  Petitioner, GuideOne, is an Iowa corporation with its principal place of business in Iowa.

3.  Respondent, St. Rebekah Coptic Orthodox Church, Inc., ("St. Rebekah"), is a Florida corporation with its principal place of business in Florida.

**JURISDICTION AND VENUE**

4.   This Court has subject matter jurisdiction over the instant action pursuant to 28 U.S.C. Sec. 1332 because diversity of citizenship exists as between GuideOne and St. Rebekah. Additionally, the amount in controversy exceeds $75,000.

5.   Venue is proper in the Middle District of Florida because St. Rebekah's principal place of business is located in this District, the insurance policy at issue was delivered to St. Rebekah in this District, and the real property at issue is located in this District.

**THE INSURANCE POLICY**

6.   GuideOne issued commercial policy no. 1435-867 (the "Policy") to St. Rebekah for the January 14, 2022 to the January 14, 2023 policy period, covering the property located at 12700 Balcombe Rd., Orlando FL 32837 (the "Property"). A copy of the Policy is attached as Exhibit "A."

**THE CLAIM**

7.   On June 29, 2022, St. Rebekah's public adjuster, Jeremy Dragon of Ask An Adjuster, reported to GuideOne that the Property suffered damage on April 2, 2022, as a result of a windstorm that damaged the roof and the interior of the Property (the "Claim").

8.   Based upon its investigation, GuideOne determined that the minimal wind damage found to the Property's roof was below the $214,400.00 Windstorm or Hail Deductible under the Policy.[1]  GuideOne has, therefore, not made any payments of insurance proceeds to St. Rebekah.

9.   St. Rebekah has asserted that it is entitled to recover insurance proceeds in the amount of $795,646.46, based on the estimate prepared by its public adjuster, Ask An Adjuster.

---

[1] The Windstorm or Hail Deductible is 5% of the $4,288,00.00 Limit of Insurance, i.e., $214,400.00. *See* Policy, PCP 73 00 07 89.

## THE APPRAISAL PROCEEDINGS

10. The Policy contains an appraisal provision, which may be invoked by either party if the parties disagree on the value of the loss. The provision reads as follows:

### E. LOSS CONDITIONS

* * *

**2. Appraisal**

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding.

Each party will:
**a.** Pay its chosen appraiser; and
**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

*See* Exhibit "A" at p. 21 of 30.

11. On February 24, 2023, pursuant to the Policy's terms, St. Rebekah's counsel, Michael Ciocchetti, of Michael Ciocchetti, PLLC, made a written demand for appraisal on behalf of St. Rebekah.

12. St. Rebekah has appointed Dave Nguyen, of W&N Settlement Services, as its appraiser.

13. On March 22, 2023, GuideOne responded to St. Rebekah's demand for appraisal, and appointed Matthew Flax, of Flax & Associates, as its appraiser.

## COUNT I – REQUEST FOR UMPIRE APPOINTMENT

14. GuideOne repeats and re-alleges the allegations in Paragraphs 1 through 13 above as if fully set forth at length herein.

15. The Policy's appraisal condition states, in relevant part, that if the parties' respective appraisers cannot agree upon an umpire, either party "may request that selection be made by a judge of a court having jurisdiction."

16. Because the parties have been unable to agree upon an umpire, GuideOne requests that the Court appoint an umpire as per the Policy's appraisal condition.

17. GuideOne proposes the following individuals for the Court's consideration in making the appointment requested herein:

> 1) **ART NEWMAN** (Belfor USA);
>
> 2) **RANDY PAUL** (Lesser and Company, Inc.);
>
> 3) **ANTHONY ALLOGIA** (All Claims Repairs, Inc.).

18. As reflected on his CV, attached as Exhibit "B," Mr. Newman is a Vice President at Belfor USA, one of the largest disaster recovery companies in the world. He has over 50 years of experience in all phases of disaster restoration, construction, loss damage assessment and building valuation, and he is the qualifying contractor for Florida. Mr. Newman has given numerous seminars and training programs to the insurance and construction industries on all aspects of insurance reconstruction. He is a Licensed Home Inspector and Certified General Contractor in Florida. Mr. Newman is the past president of Windstorm Network and is a member of Property Loss Research Bureau and Southern Building Code Congress, Inc. He has participated in appraisals and umpiring proceedings. Additionally, Mr. Newman has personally been involved in the following storms:

| | |
|---|---|
| Tropical Storm David (1979) | Hurricane Andrew (1992) |
| Hurricane Hugo (1988) | Midwest Floods (1993) |
| Northridge Earthquake (1994) | Hurricane Erin (1995) |
| Hurricane Marilyn (1995) | Hurricane Opal (1995) |

Hurricane Fran (1996)                    Hurricane Danny (1997)

Hurricane Georges (1998)                 Nashville tornadoes (1998)

Salt Lake City Tornado (1999)            Hurricane Irene (1999)

Tropical Storm Allison (2001)            Hurricane Charlie (2004)

Hurricane Frances (2004)                 Hurricane Ivan (2004)

Hurricane Katrina (2005)                 Hurricane Wilma (2005)

Hurricane Ike (2008)                     Hurricane Sandy (2012)

19. As reflected on his CV, attached as Exhibit "C," Mr. Paul is a Florida licensed adjuster and Vice President of Lesser & Company, Inc. He has appraised over 50 claims and has been appointed as an umpire in over 75 losses and, since 1992, Mr. Paul has adjusted approximately 3,500 claims. Mr. Paul is also a member of NAPIA, the National Association of Public Insurance Adjusters. Additionally, he is the past president of FAPIA, the Florida Association of Public Insurance Adjusters, and served on the board of directors for twelve years. He also served on the board of directors of the Florida Windstorm Network for 3 years.

20. As reflected on his website, attached as Exhibit "D," Mr. Allogia is the President of All Claims Repairs, Inc. He is a licensed General Contractor, Mold Remediator, Mold Assessor, and Claims Adjuster in Florida. Mr. Allogia has over 40 years of experience in the insurance industry, and is an expert in all phases of construction, with emphasis on mold remediation, wind, collapse, fire, and water damages. He has also been involved in the insurance claims, appraisal, and umpire business for more than 20 years, and has completed over 3,500 appraisals. Mr. Allogia worked as an insurance adjuster in New York and Florida, specializing in the handling of large property insurance claims. He has been engaged as a construction consultant by various firms, providing expert opinions for both insureds and insurers.

**WHEREFORE**, petitioner, GuideOne Insurance Company, respectfully requests that this Court appoint an umpire from the list of individuals set forth above and grant such other and further relief as the Court deems necessary and proper.

Dated: Tuesday, May 23, 2023

Respectfully submitted,

**ZELLE LLP**
*Counsel for Petitioner,*
*GuideOne Insurance Company*
110 East Broward Blvd.
Suite 2000
Ft. Lauderdale, FL 33301
Tel: 786-693-2350
Fax: 612-336-9100

By: ___/s/ Christine M. Renella_____
   **CHRISTINE M. RENELLA**
   Florida Bar No. 65485
   crenella@zellelaw.com

## SERVICE LIST

Michael Ciocchetti, Esq.
Michael Ciocchetti, PLLC
125 N Ridgewood Ave Ste 100
Daytona Beach, FL 32114-3280
Office: 386-317-7777
Fax: 386-845-0222
Email: mike@floridainslaw.com
*Counsel for Respondent*