**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

GUIDEONE INSURANCE COMPANY,

        Petitioner,

v.                                     Case No.: 6:23-cv-959-WWB-RMN

ST. REBEKAH COPTIC ORTHODOX
CHURCH, INC.,

        Respondent.

_____/

## <u>ORDER</u>

THIS CAUSE is before the Court upon *sua sponte* review of the file.  On May 24, 2023, the parties were notified of their obligation to comply with Local Rule 3.02(a)(2), requiring the filing of a case management report within forty days after any defendant appears.  (Doc. 5).  The parties were also cautioned that failure to comply with any local rule or orders of this Court could result in dismissal of this case without further notice. (Doc. 4).  The first Defendant appeared in this case on August 25, 2023, but no case management report has been filed and the time to do so has passed.

Therefore, it is **ORDERED** and **ADJUDGED** that this case is **DISMISSED without prejudice** for failure to comply.  The Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** in Orlando, Florida on October 25, 2023.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE


Copies furnished to:

Counsel of Record